FRANCES M. ORTH et al., Respondents, *v.* KANE CONSTRUCTION COMPANY, Appellant, et al., Defendants.

Argued January 5, 1949; decided January 13, 1949.

*Sidney S. Levine* for appellant.
*Joseph Feinstein* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.